**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WANDA SUTTON, | |
| Plaintiff, | Case No. 1:14-CV-05926 |
| v. | |
| LVNV FUNDING LLC, | Honorable Elaine E. Bucklo |
| Defendant. | |

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff WANDA SUTTON respectfully requests that this Court enter an order extending the discovery close date forty-five (45) days until June 12, 2015. In support of this Motion, the Plaintiff states:

1.     This Court initially set the discovery close date for February 28, 2015.  (Dkt. #13).

2.     On November 19, 2014, Defendant propounded written discovery requests on Plaintiff, and on January 9, 2015, Plaintiff responded to Defendant's discovery requests.

3.     On January 12, 2015, Plaintiff propounded written discovery requests on Defendant.

4.     On February 12, 2015,  Defendant requested an additional twenty-one days to complete said discovery requests to which Plaintiff agreed, thus Defendant's responses were due March 4, 2015.

5.     The parties filed a joint motion to extend discovery on February 24, 2015, which this Honorable Court granted, extending the discovery close date to April 28, 2015. (Dkt. #17).

6. On March 4, 2015 Defendant requested an additional seven days to serve their discovery responses, to which Plaintiff agreed.

7. On March 26, 2015, a status hearing was held. At the hearing, the parties were ordered to submit an agreed confidentiality order, as the Defendant represented that a confidentiality order would need to be entered before turning over its document production. (Dkt. #19).

8. On April 10, 2015 the agreed confidentiality order was entered by this Court. (Dkt. #23).

9. On April 16, 2015, after the multiple extensions of time for Defendant to serve its discovery responses, Defendant produced only six pages of document production.

10. Defendant did not serve written responses to Plaintiff's discovery requests. The six pages of documents Defendant did produce are heavily redacted, and do not appear to be fully responsive to Plaintiff's discovery requests.

11. In light of discovery served on plaintiff's counsel by other debt-buyer defendants in similar cases, Defendant's document production appears to be incomplete at best.

12. Plaintiff anticipates that the parties will be able to work together to complete all fact discovery in the next forty-five days. The Plaintiff requests that this Court extend the April 28, 2015, discovery close date forty-five (45) days until June 12, 2015.


WHEREFORE, Plaintiff respectfully request that this Court enter an order extending the discovery close date sixty forty-five (45) days until June 12, 2015.

Respectfully submitted,

s/ Daniel McGarry
Daniel McGarry

Daniel McGarry
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
*Attorney for Plaintiff*