# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WANDA SUTTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LVNV FUNDING, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.14-cv-5926 <br><br> Judge: Elaine E. Bucklo |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff, WANDA SUTTON, and Defendant, LVNV FUNDING, LLC (hereinafter "Defendant"), respectfully request that this Court enter an order extending the discovery close date sixty (60) days until October 12, 2015. In support of this Motion, the Parties state:

1. This Court set the discovery close date for August 11, 2015. (Dkt. #27.)

2. The parties have been working diligently to complete fact discovery.

3. On July 10, 2015, Defense counsel took Plaintiff's deposition. During her deposition, Plaintiff referenced medical ailments and conditions to which she attributes to Defendant's conduct.

4. On July 31, 2015, this Court entered a HIPAA Qualified Protective Order pursuant to Defendant's motion for entry of same. Defendant seeks to subpoena the medical records of Plaintiff.

5. The parties also are hopeful that this extension and discovery obtained throughout the extended discovery period will help to foster a potential settlement.

6. In light of the foregoing, the parties anticipate that they will be able to complete all fact discovery in the next sixty days. The Parties therefore request that this Court extend the August 11, 2015, discovery close date sixty (60) days until October 12, 2015.

7. The parties are mindful that litigation must have an end.

8. No other deadlines will be affected by granting the instant motion.

WHEREFORE, the Parties respectfully request that this Court enter an order extending the discovery close date sixty (60) days until October 12, 2015.

Respectfully submitted,

| s/ Daniel J. McGarry<br>Daniel J. McGarry<br><br>Daniel J. McGarry<br>SULAIMAN LAW GROUP, LTD.<br>900 Jorie Boulevard, Suite 150<br>Oak Brook, IL  60523<br>PHONE: (630) 575-8181<br>dmcgarry@sulaimanlaw.com<br>*Attorney for Plaintiff* | s/Katherine H. Tresley<br>Katherine H. Tresley<br><br>David A. Schultz<br>Katherine H. Tresley<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle, Suite 300<br>Chicago, IL 60601<br>PHONE: (312) 704-3000<br>FAX: (312) 704-3001<br>ktresley@hinshawlaw.com<br>dschultz@hinshawlaw.com<br>*Attorneys for Defendant* |
|---|---|

# CERTIFICATE OF SERVICE

  I, Katherine H. Tresley, hereby certify that on August 7, 2015, I caused to be filed the foregoing documents via the CM/ECF System which sent notice to the parties listed below:

Daniel J. McGarry, Esq.
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523

                *s/ Katherine H. Tresley*