# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Wanda Sutton

                        Plaintiff,

v.                                                   Case No.: 1:14−cv−05926
                                                      Honorable Elaine E. Bucklo

LVNV Funding, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Joint Motion for extension of time until 10/13/2015 to complete discovery [32] is granted. Status hearing reset for 10/14/2015 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.