IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WANDA SUTTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LVNV FUNDING, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.14-cv-5926 <br><br> Judge: Elaine E. Bucklo <br><br> Magistrate Judge: Jeffrey Cole |

### UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

Defendant, LVNV FUNDING, LLC (hereinafter "Defendant"), respectfully requests that this Court enter an order extending the discovery close date forty-five (45) days until December 3, 2015. In support of this Motion, Defendant states:

1. This Court set the discovery close date for October 12, 2015. (Dkt. # 34.)

2. The parties have been working diligently to complete fact discovery.

3. On July 10, 2015, Defense counsel took Plaintiff's deposition. During her deposition, Plaintiff referenced medical ailments and conditions to which she attributes to Defendant's conduct.

4. On July 31, 2015, this Court entered a HIPAA Qualified Protective Order pursuant to Defendant's motion for entry of same. Defendant subpoenaed the medical records of Plaintiff.

5. Defendant has received the medical records from one of Plaintiff's medical providers but still is awaiting records from a secondary provider, Cadence Health Central DuPage Hospital.

6. In light of the foregoing, the parties anticipate that they will be able to complete all fact discovery in the next forty-five days. The Parties therefore request that this Court extend the October 12, 2015, discovery close date forty-five (45) days until December 3, 2015.

131182243v1 0963493

7. The parties are mindful that litigation must have an end.

8. No other deadlines will be affected by granting the instant motion.

9. Defense counsel conferred with Plaintiff's counsel about the instant motion, and Plaintiff has no objection to the relief requested herein.

WHEREFORE, Defendant respectfully requests that this Court enter an order extending the discovery close date forty-five (45) days until December 3, 2015.

Respectfully submitted,

                                                  s/Katherine H. Tresley
                                                  Katherine H. Tresley

                                                  David A. Schultz
                                                  Katherine H. Tresley
                                                  HINSHAW & CULBERTSON LLP
                                                  222 North LaSalle, Suite 300
                                                  Chicago, IL 60601
                                                  PHONE: (312) 704-3000
                                                  FAX: (312) 704-3001
                                                  ktresley@hinshawlaw.com
                                                  dschultz@hinshawlaw.com
                                                  *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I, Katherine H. Tresley, hereby certify that on October 9, 2015, I caused to be filed the foregoing documents via the CM/ECF System which sent notice to the parties listed below:

Daniel J. McGarry, Esq.
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523

                                                    *s/ Katherine H. Tresley*

131182243v1 0963493