**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WANDA SUTTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-cv-5926 ) |
| LVNV FUNDING, LLC, | ) Honorable: Elaine E. Bucklo ) ) Magistrate Judge: Jeffrey Cole |
| Defendant. | ) ) |

## NOTICE OF MOTION

To: Daniel J. McGarry, Esq.
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523

**PLEASE TAKE NOTICE** that on October 14, 2015 at 8:30 a.m., or soon thereafter as this Motion may be heard, I shall appear before the Honorable Jeffery Cole or any Judge sitting in Courtroom 1003 of the United States District Court for the Northern District of Illinois and then and there present **Unopposed Motion to Extend Discovery Deadline**, a copy of which is served upon you.

Respectfully submitted,

LVNV Funding, LLC

*s/Katherine H. Tresley*
Katherine H. Tresley

Nabil G. Foster
Katherine H. Tresley
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
Facsimile: 312-704-3001
E-mail: ktresley@hinshawlaw.com

131183586v1 0963493

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing document by using the CM/ECF system, which will send notification of such filing(s) to:

Daniel J. McGarry, Esq.
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
Phone: (630) 575-8181
email: dmcgarry@sulaimanlaw.com

                                                *s/ Katherine H. Tresley*

131183586v1 0963493